09-5333-ag
Lopez-Ramirez v. Holder

BIA
A094 770 521

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of January, two thousand eleven.

PRESENT:
        GUIDO CALABRESI,
        ROBERT A. KATZMANN,
        PETER W. HALL,
            *Circuit Judges.*

_____

MERCY MAGALY LOPEZ-RAMIREZ, A.K.A.
MERCY MAGALY GALAN-LUCERO,
        *Petitioner,*

        v.                                    09-5333-ag
                                              NAC
ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
        *Respondent.*

_____

FOR PETITIONER:        Howard L. Baker, Wilens & Baker
                       P.C., New York, New York.

FOR RESPONDENT:        Tony West, Assistant Attorney
                       General; Richard M. Evans, Assistant
                       Director; Allen W. Hausmam, Senior
                       Litigation Counsel, Office of

**Immigration Litigation, United States Department of Justice, Washington, D.C.**

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, and DECREED, that the petition for review is DENIED.

Mercy Magaly Lopez-Ramirez, a native and citizen of Ecuador, seeks review of a December 1, 2009, order of the BIA denying her motion to reconsider. *In re Mercy Magaly Lopez-Ramirez*, No. A094 770 521 (B.I.A. Dec. 1, 2009). We assume the parties' familiarity with the underlying facts and procedural history in this case.

We review the agency's denial of a motion to reconsider for abuse of discretion. *See Jin Ming Liu v. Gonzales*, 439 F.3d 109, 111 (2d Cir. 2006) (per curiam). A motion to reconsider must "state the reasons for the motion by specifying the errors of fact or law in the prior Board decision and shall be supported by pertinent authority." 8 C.F.R. § 1003.2(b)(1).

In this case, the BIA did not abuse its discretion in finding that Lopez-Ramirez failed to point to any legal or factual error in its prior decision. *See id.* Indeed, as the BIA concluded, contrary to Lopez-Ramirez's contention in

2

her motion, it had reasonably found that the medical evidence she presented to demonstrate that she had suffered from a stroke did not establish that she had suffered any memory loss that would explain the significant discrepancies and omissions between her credible fear interview, asylum application, and testimony, on which the agency relied in finding her not credible. Thus, the BIA did not abuse its discretion in denying her motion to reconsider its affirmance of the immigration judge's adverse credibility determination. *See Jin Ming Liu*, 439 F.3d at 111; 8 C.F.R. § 1003.2(b)(1).

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3